**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01566-APG-PAL<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES AND STRIKING OVERSIZED BRIEF**<br><br>(ECF Nos. 10, 12) |

Defendant Alessi & Koenig, LLC moves for leave to exceed the page limit imposed by Local Rule 7-3(b) in order to file a 49-page brief in support of its declaration of non-monetary status. Alessi & Koenig has not shown good cause to exceed the page limit, and certainly not by more than double the page limit. LR 7-3(c). The filing of a declaration of non-monetary status does not require extensive briefing, and the memorandum is replete with unnecessary history, commentary, and argument.

IT IS THEREFORE ORDERED that defendant Alessi & Koenig, LLC's motion for leave to file excess pages **(ECF No. 10) is DENIED**.

IT IS FURTHER ORDERED that defendant Alessi & Koenig, LLC's motion for order granting non-monetary status **(ECF No. 12) is STRICKEN**.

DATED this 3rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE