# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

IN RE HOA FORECLOSURE CASES.

**ORDER CERTIFYING CASES TO NEVADA ATTORNEY GENERAL**

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*Bank of America, N.A. v. Spring Mountain Ranch Master Ass'n*, 2:16-cv-01330-APG-NJK

*Bank of America, N.A. v. Tierra De Las Palmas Owners Ass'n*, 2:16-cv-01362-APG-NJK

*Ditech Financial LLC v Sunrise Mountain Townhomes Ass'n*, 2:16-cv-01415-APG-GWF

*Fed. Nat'l Mortg. Ass'n v. Flamingo Ridge Homeowners Ass'n*, 2:16-cv-01566-APG-PAL

*Bank of America, N.A. v. Maravilla Homeowners Ass'n*, 2:16-cv-01663-APG-VCF

*Fed. Nat'l Mortg. Ass'n v. Colony North Homeowners Ass'n*, 2:16-cv-01686-APG-NJK

*Bank of America, N.A. v. Operture Inc.*, 2:16-cv-01692-APG-GWF

*HSBC Bank USA, N.A. v. SFR Investments Pool 1, LLC*, 2:16-cv-01697-APG-NJK

*Bank of N.Y. Mellon v. Copper Sands Homeowners Ass'n*, 2:16-cv-01720-APG-NJK

*Bank of Am. N.A. v. Sunrise Villas II & III Homeowners Ass'n*, 2:16-cv-01763-APG-GWF

*US Bank N.A. v. SFR Investments Pool 1*, LLC, 2:16-cv-01776-APG-NJK

*Nationstar Mortgage LLC v. Copperfield Homeowners Ass'n*, 2:16-cv-01834-APG-VCF.

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in these actions. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in these actions, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each

1  of the following addresses:

    Hon. Adam Paul Laxalt
    Office of the Attorney General
    100 North Carson Street
    Carson City, Nevada 89701

    Hon. Adam Paul Laxalt
    Office of the Attorney General
    Grant Sawyer Building
    555 E. Washington Avenue, Suite 3900
    Las Vegas, Nevada 89101

DATED this 4th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE