LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
dmarkman@lipsonneilson.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff.<br><br>vs.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION; TOW PROPERTIES, LLC I; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01566-APG-PAL<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

DAVID A. MARKMAN, ESQ., of the law firm LIPSON NEILSON COLE SELTZER & GARIN, hereby brings this Motion to Disassociate Counsel and Remove Counsel from the CM/ECF notifications in this case. While affiliated with the law firm PENGILLY, Counsel previously represented FLAMINGO RIDGE HOMEOWNERS ASSOCIATION ("Defendant") in this matter.

///

///

///

///

///



Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Counsel is no longer affiliated with PENGILLY, no longer represents Defendant, and has no further need to receive CM/ECF notifications in this case. Because PENGILLY still represents Defendant, no parties are prejudiced by this withdrawal.

DATED this 17th day of August, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ David A. Markman*

DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

IT IS SO ORDERED this 1st day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2016, service of the foregoing **MOTION TO DISASSOCIATE COUNSEL DAVID A. MARKMAN, ESQ.** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to the following parties:

Melanie Morgan
Tenesa Scaturro
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
Email: Melanie.morgan@akerman.com
*Attorney for Plaintiff Federal National Mortgage Association*

Elizabeth B Lowell
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
702-889-6665
Email: elowell@pengillylawfirm.com
*Attorney for Flamingo Ridge HOA*

David S. Lee
Lee, Hernandez, Landrum & Garofalo
7575 Vegas Drive Suite #150
Las Vegas, NV 89128
702-880-9750
Email: dlee@lee-lawfirm.com
*Attorney for Town Properties, LLC I*

Steven T. Loizzi , Jr.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
(702) 222-4033
Email: steve@alessikoenig.com
*Attorney for Alessi & Koenig, LLC*

*/s/ Darnell D. Lynch*

An employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.