UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-01566-APG-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 33) |

This matter is before the court on attorney Steven T. Loizzi, Jr.'s Motion to Withdraw as Counsel of Record for Alessi & Koenig, LLC (ECF No. 33). A Notice of Bankruptcy (ECF No 29) was filed February 6, 2018 indicating Alessi & Koenig, LLC is in bankruptcy and is now a defunct corporation. Because of the bankruptcy, no one other than the bankruptcy trustee, Shelley Krohn or its bankruptcy attorney, Ryan Alexander, may communicate on behalf of Alessi & Koenig. Mr. Loizzi therefore seeks leave to withdraw as counsel of record.

The bankruptcy trustee shall file a status report with the court advising how he/she proposes to proceed with respect to this case.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Loizzi's Motion to Withdraw (ECF No. 33) is GRANTED.

2. The Clerk of the Court shall serve the bankruptcy trustee with a notice of this order and future filings involving Alessi & Koenig, LLC at:

   Jeanette McPherson, Esq. and/or Trustee Shelley Krohn, Esq.
   Schwartzer McPherson
   2850 S. Jones Blvd., Ste. 1
   Las Vegas, NV  89146-5308

3. The bankruptcy trustee shall have until **August 31, 2018**, to file a status report with the court indicating how he/she proposes to proceed with respect to this case.

DATED this 1st day of August, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE