UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-01566-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 36) |

This matter is before the court on the Substitution of Attorneys (ECF No. 36). Sean L. Anderson and J. Tyler King of Leach Kern Gruchow Anderson Song seek leave to be substituted in the place of James W. Pengilly and Elizabeth B. Lowell of Robbins Law firm for Flamingo Ridge Homeowners Association. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 36) is **GRANTED**.

/ / /

/ / /

/ / /

1

2. Sean L. Anderson and J. Tyler King are substituted in the place of James W. Pengilly and Elizabeth B. Lowell for Flamingo Ridge Homeowners Association, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 18th day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE