DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  Jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION; TOW PROPERTIES, LLC I; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01566-APG-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

52994577;1

Akerman LLP continues to serve as counsel for Federal National Mortgage Association, in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren Brenner, Esq. and Jamie K. Combs, Esq.

DATED this 8th day of May, 2020

**AKERMAN LLP**

 */s/ Jamie K. Combs, Esq.*
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Federal National Mortgage Association*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 5/11/2020

UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-01566-APG-BNW

2

52994577;1