# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants | Case No.: 2:16-cv-01566-APG-BNW<br><br>**Order for Stipulation of Dismissal or Status** |

On February 14, 2020, the parties advised the court that they had settled this matter. ECF No. 46. They requested the court set a deadline for April 14, 2020 for them to file a status report if dismissal papers had not been filed by then. *Id.*  The parties have not filed a stipulation of dismissal or a status report regarding settlement.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status reporting regarding settlement by May 25, 2020. The failure to do so will result in dismissal of this case without further notice.

DATED this 18th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE