# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants | Case No.: 2:16-cv-01566-APG-BNW<br><br>**Order for Stipulation of Dismissal or Status** |

On February 14, 2020, the parties advised the court that they had settled this matter and requested an April 14, 2020 deadline to file a status report or dismissal papers. ECF No. 46. On May 21, 2020, the parties requested another 60 days for the defendant HOA to sign the settlement papers and dismiss the case or file another status report. The parties have not filed a stipulation of dismissal or a status report regarding settlement since then.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status reporting regarding settlement by August 14, 2020. If a status report is filed, it must provide specific reasons why the HOA cannot sign the documents. The failure to do so will result in dismissal of this case without further notice.

DATED this 29th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE