MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>FLAMINGO RIDGE HOMEOWNERS ASSOCIATION; TOW PROPERTIES, LLC I; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01566-APG-BNW<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |
| TOW PROPERTIES, LLC,<br><br>Counter- and cross-claimant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; FLAMINGO RIDGE HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Counter- and cross-defendants. | |
| FLAMINGO RIDGE HOMEOWNERS ASSOCIATION,<br><br>Cross-claimant,<br><br>v.<br><br>ALESSI & KOENIG, LLC,<br><br>Cross-defendant. | |

54231120;1

Plaintiff and counter-defendant Federal National Mortgage Association (**Fannie Mae**), defendant, cross-claimant and cross-defendant Flamingo Ridge Homeowners Association and defendant, counterclaimant and cross-claimant Tow Properties, LLC I (**Tow**) stipulate as follows:

1. This matter relates to real property located at 6250 West Flamingo Road #119, Las Vegas, Nevada 89103, APN 163-14-814-093, more specifically described as:

PARCEL I:

AN UNDIVIDED 1/21 INTEREST IN AND TO PHASE 9 COMMON AREA, AS THE SAME IS DELINEATED ON THE PLAT OF FLAMINGO RIDGE, IN BOOK 33 OF PLATS, PAGE 40, AND AS AMENDED IN BOOK 34 OF PLATS, PAGE 4, ALL AS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AS FURTHER DEFINED IN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, FOR FLAMINGO RIDGE, RECORDED ON DECEMBER 16, 1985 IN BOOK 2233, AS DOCUMENT NO. 2192514.

EXCEPTING THEREFROM THE EXCLUSIVE RIGHT TO POSSESSION OF THAT AREA DESIGNATED AS LIMITED COMMON AREA, AS DEFINED IN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND AS SHOWN UPON THE MAP FOR FLAMINGO RIDGE, REFERRED TO ABOVE.

PARCEL II:

THE EXCLUSIVE RIGHT TO POSSESSION AND ENJOYMENT OF THAT AREA DESIGNATED AS LIMITED COMMON AREA APPURTENANT TO THE UNIT BEARING THE SAME NUMBER AND THE PARKING SPACE AS SHOWN AND DESCRIBED ON THE PLAT OF FLAMINGO RIDGE IN BOOK 33 OF PLATS, PAGE 40, AND AS AMENDED IN BOOK 34 OF PLATS, PAGE 4 ALL AS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FLAMINGO RIDGE.

PARCEL III:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE, ON, OVER AND UNDER THE COMMON AREAS OF PHASES 1, 2, 3, 4, 5, 6, 7 AND 8, WHICH EASEMENT IS APPURTENANT TO PARCELS 1, 2 AND 3 DESCRIBED ABOVE. THE COMMON AREA REFERRED TO HEREIN AS PHASES 1, 2, 3, 4, 5, 6, 7 AND 8 SHALL BE AS SHOWN AND DESCRIBED ON THE PLAT OF FLAMINGO RIDGE RECORDED IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA EXCEPTING THEREFROM ANY RESIDENTIAL BUILDINGS THEREON AND

54231120;1

ANY PORTION THEREOF WHICH MAY BE DESIGNATED AS LIMITED COMMON AREA

(the **property**).

2. Fannie Mae is the beneficiary of record of a deed of trust encumbering the property dated February 2, 2006 and recorded with the Clark County Recorder on February 9, 2006, as Instrument No. 20060209-0003491 (the **deed of trust**).

3. On August 21, 2014, Flamingo Ridge Homeowners Association recorded a trustee's deed upon sale with the Clark County Recorder, as Instrument No. 20140821-0000356 (the **HOA foreclosure deed**), reflecting Flamingo Ridge purchased the property at a foreclosure sale conducted by Alessi & Koenig, LLC on July 3, 2013 (the **HOA sale**).

4. Flamingo Ridge quitclaimed its interest in the property to Tow via a quitclaim deed dated recorded with the Clark County Recorder on August 21, 2014, as Instrument No. 20140821-0000787 (the **quitclaim deed**). Tow has not transferred its interest in the property and is still the title holder of record.

5. On July 1, 2016 Fannie Mae initiated a quiet title action against Flamingo Ridge, Tow and Alessi in the United States District Court for the District of Nevada, under Case No. 2:16-cv-01566-APG-BNW.

6. Fannie Mae, Flamingo Ridge and Tow have entered into a confidential settlement agreement in which they have settled all claims between them in this case. This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

///
///
///
///
///
///
///
///
///

3

54231120;1

7. The deed of trust survived and was not extinguished in any capacity by the HOA sale. The deed of trust remains a valid encumbrance against the property following the recordation of the HOA foreclosure deed and quitclaim deed, and Tow's ownership interest in the property is subject to the deed of trust.

DATED: August 14, 2020.

| AKERMAN LLP | LEE, HERNANDEZ, LANDRUM & CARLSON, APC |
|---|---|
| */s/ Jamie K. Combs*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff and counter-defendant Federal National Mortgage Association* | */s/ Elizabeth C. Spaur*<br>DAVID S. LEE, ESQ.<br>Nevada Bar No. 6033<br>ELIZABETH C. SPAUR, ESQ.<br>Nevada Bar No. 10446<br>7575 Vegas Drive, Suite 150<br>Las Vegas, Nevada 89128<br><br>*Attorneys for defendant, counterclaimant and cross-claimant Tow Properties, LLC I* |

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ J. Tyler King*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
J. TYLER KING, ESQ.
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant and cross-claimant Flamingo Ridge Homeowners Association*

54231120;1

**ORDER**

Based on the above stipulation between plaintiff and counter-defendant Federal National Mortgage Association (**Fannie Mae**), defendant, cross-claimant and cross-defendant Flamingo Ridge Homeowners Association and defendant, counterclaimant and cross-claimant Tow Properties, LLC I, the parties' agreement, and good cause appearing,

**IT IS ORDERED** that the deed of trust dated February 2, 2006 and recorded with the Clark County Recorder on February 9, 2006, as Instrument No. 20060209-0003491 against the property located at 6250 West Flamingo Road #119, Las Vegas, Nevada 89103, APN 163-14-814-093, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the property conducted by Flamingo Ridge Homeowners Association and Alessi & Koenig, LLC or the recording of the trustee's deed upon sale with the Clark County Recorder on August 21, 2014, as Instrument No. 20140821-0000356, reflecting that Flamingo Ridge purchased the property at the HOA foreclosure sale.  Tow's ownership interest in the property is subject to the deed of trust.

**IT IS FURTHER ORDERED** that Fannie Mae shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada, in accordance with the Rules of the Recorder's Office.

**IT IS FURTHER ORDERED** that this order constitutes the final judgment of this court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this  17th  day of    August    , 2020.

_____
DISTRICT COURT JUDGE
Case No.: 2:16-cv-01566-APG-BNW

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5

54231120;1